FILED

2008 JUN 19 A 7 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Johnson William Earl
         Plaintiff,

vs.

Curry B.
         Defendant.

C08 03016 JF

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, William E. Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes __X__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $27 a month     Net: _____

Employer: C.T.F Soledad State Prison
Clerk for Recreation Dept.

APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or           Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,        Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                    Yes ___ No _X_
14  d.  Pensions, annuities, or           Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments, Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                   Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.  List amount you contribute to your spouse's support: $ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?   Yes ____   No  X

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____   No  X

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No  X  (Do **not** include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ____  No  X   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____  No  X

_____

8.  What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do <u>not</u> include account numbers.)
3 | _____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___  No  X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | __June 13, 2008__           _Mr. William C. Johnson_
17 |       DATE                    SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **JOHNSON** [prisoner name] for the last six months **CTF - SOLEDAD** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **2.70** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **2.70¢**.

Dated: **6/13/08**           _____
                              [Authorized officer of the institution]

-5-