1. William Earl Johnson
2. D-95445 Dorm 7 Bed 63 Low
3. C.T.F South Facility
4. P.O. Box 690
5. Soledad, California
6. 93960

**FILED**

JUL 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court
For the Northern District
of California

Johnson William Earl
    Plaintiff

V.

B. Curry
    Defendant

Case No. C08 03016
Motion to Vacate Complaint under the Civil Rights Act.
42 U.S.C 1983

To the honorable District Judge of the Northern District Court. Petitioner is requesting that the court vacate the complaint under the Civil Rights Act 42 U.S.C 1983

Page 1

## SUMMARY OF FACTS

DUE TO REVIEWING my complaint PETITIONER FEELS THAT he NEEDS TO PREPARE AND GATHER FACTS TO SUPPORT PETITIONER'S COMPLAINT PETITIONER CONTENDS THAT his complaint is imcomplete AND should BE VACATED BY the court. PETITIONER is ASKing The court TO VACATE ALL PROCEEDings PETITIONER withDRAWS his complaint AND would RESPECTFULLY ASK The court TO VACATE. The complaint

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING is TRUE AND CORRECT.

RESPECTFULLY SUBMITTED

July 21, 2008

William Earl Johnson

Mr. William Earl Johnson

"Legal mail"

Office of the Clerk, U.S. District
Northern District of California
280 South First Street, Room 2112
San Jose, California
95113-3095

*[handwritten signature and date: 7-21-08]*