NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EARL JOHNSON, | No. C 08-03016 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| B. CURRY, Warden, | (Docket No. 4) |
| Defendant. | |

Plaintiff, a California prisoner, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion requesting that this action be dismissed. Good cause appearing, Plaintiff's motion for voluntary dismissal is GRANTED. See Fed. R. Civ. P. 41(a). This action is hereby DISMISSED.

This order terminates docket number 4.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/8/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JF\CR.08\Johnson3016_dism-vol.wpd