**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EARL JOHNSON, | No. C 08-03016 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| B. CURRY, Warden, | |
| Defendant. | |

Plaintiff's motion for voluntary dismissal of this action has been granted. A judgment is entered accordingly.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/12/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.JF\CR.08\Johnson3016_judgment.wpd